# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 66 EAL 2023

        Respondent           :

                                        :   Petition for Allowance of Appeal

                                        :   from the Order of the Superior Court

          v.                      :

                                        :

BROOKS LITTLE,                    :

                                        :

          Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.